■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ASTACIO, Appellant. — Judgment, Supreme Court, Bronx County (Herbert Shapiro, J.), rendered on December 22, 1981, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Sandler, Silverman, Fein and Kassal, JJ.

■ In the Matter of I.B.P.I., LTD., et al., Petitioners, v GAIL S. SHAFFER, as Secretary of State of the State of New York, Respondent. — Determination of respondent dated April 19, 1983, unanimously confirmed, without costs and without disbursements, and the oral motion to strike Arthur Kellman, Esq., counsel for petitioner company's affidavit denied. No opinion. Concur — Murphy, P. J., Ross, Carro, Fein and Kassal, JJ.

■ In the Matter of S., Appellant, v STATE BOARD FOR PROFESSIONAL MEDICAL CONDUCT OF THE DEPARTMENT OF HEALTH, Respondent. — Order and judgment (one paper), Supreme Court, New York County (Seymour Schwartz, J.), entered on July 19, 1983, unanimously affirmed, without costs and without disbursements. (See *Matter of Wesser v State of New York,* 94 AD2d 681, mot for stay den 60 NY2d 587, affd 60 NY2d 785.) No opinion. Concur — Murphy, P. J., Ross, Carro, Asch and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSE MEROLLA, Appellant. — Judgment, Supreme Court, New York County (Ernst Rosenberger, J.), rendered on May 17, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Ross, Carro, Fein and Kassal, JJ.